**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRINITY BREWING COMPANY, a Colorado corporation, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | CIVIL ACTION. NO. 18-681-VAC-SRF |
| KROS STRAIN BREWING COMPANY, LLC, a Delaware limited liability company, | : : : | |
| Defendant. | : : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE COMPLAINT

Plaintiff Trinity Brewing Company ("Plaintiff" or "Trinity"), by and through its undersigned counsel, hereby files this Voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Trinity voluntarily dismisses this action against Defendant Kros Strain Brewing Company without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

July 3, 2018

/s/ *Brittany M. Giusini*
Brittany M. Giusini (#6034)
BALLARD SPAHR LLP
919 N. Market St.
11th Floor
Wilmington, DE 19801
Tel.: 302-252-4465
Fax: 302-252-4466
Email: giusinib@ballardspahr.com

OF COUNSEL:

Matthew A. Morr
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, CO 80202
Tel.: 303-292-2400
Fax: 303-296-3956
Email: morrm@ballardspahr.com

*Attorneys for Plaintiff*
*Trinity Brewing Company*